UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY DELUIS-MORELOS,

                Plaintiff,

  v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

                Defendants.

Case No. C15-310-RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the Plaintiff's request for voluntary dismissal, and the balance of the record, the Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's civil rights complaint and this action are DISMISSED with prejudice.

3. The Clerk shall send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 20th day of March 2015.

                                            /s/ Ricardo S. Martinez
                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER OF DISMISSAL - 2